## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00437

Plaintiff:
**Mobile Health Innovative Solutions, LLC**

vs.

Defendant:
**Google LLC**

For:
Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, TX 75702

Received by Markus Fagerberg on the 12th day of June, 2024 at 4:23 pm to be served on **Google LLC by serving its Registered Agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Markus Fagerberg, being duly sworn, depose and say that on the **13th day of June, 2024** at **3:20 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in a Civil Action and Original Complaint for Patent Infringement** with the date of service endorsed thereon by me, to: **Latoya Sorrells, Corporation Service Company** as **Authorized Agent** at the address of: **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Google LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on June 13, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 13th
day of June, 2024 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

**Markus Fagerberg**
PSC- 23308; Exp. 09/30/2025

**Malone Process Service, LLC**
**P.O. Box 720040**
**Dallas, TX 75372**
**(877) 997-3783**

Our Job Serial Number: MST-2024005271
Ref: Mobile Health Innovative vs. Google

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a