UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-437 [JRG]

Name of party requesting extension: Google LLC

Is this the first application for extension of time in this case?    ☑ Yes
☐ No

If no, please indicate which application this represents:    ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/13/2024

Number of days requested:    ☐ 30 days
☐ 15 days
☑ Other 45 days

New Deadline Date: 8/19/2024    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Shaun W. Hassett

State Bar No.: 24074372

Firm Name: Potter Minton, PC

Address: 102 North College, Suite 900
Tyler, Texas 75702

Phone: 903-525-2272

Fax:   903-531-3972

Email: shaunhassett@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.