IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,** | § § § | **CASE NO. 2:24-cv-437-JRG** |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| **GOOGLE LLC,** | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION
TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Upon consideration of Defendant Google LLC's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Court, after reviewing the Motion and any opposition thereto, is of the opinion that the motion should be **GRANTED**.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss under Rule 12(b)(6) is **GRANTED**.