# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,** | § § § | **CASE NO. 2:24-cv-00437-JRG** |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| **GOOGLE LLC,** | § § | |
| Defendant. | § § § | |

## DEFENDANT GOOGLE LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

Dated: August 19, 2024

By: */s/ Tharan Gregory Lanier*
Tharan Gregory Lanier
tglanier@jonesday.com
Evan M. McLean
emclean@jonesday.com
Gurneet Singh (*Pro Hac Vice*)
gsingh@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    +1.650.739.3939
Facsimile:    +1.650.739.3900

Tracy A. Stitt
tastitt@jonesday.com
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone:    +1.202.879.3939
Facsimile:    +1.202.626.1700

I. Sasha Mayergoyz
smayergoyz@jonesday.com
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone:     +1.312.782.3939
Facsimile:     +1.312.782.8585

Daniele San Román *(Pro Hac Vice)*
dsanroman@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone:     +1.858.314.1200
Facsimile:     +1.844.345.3178

Michael E. Jones
TX State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
TX State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone:     +1.903.597.8311
Facsimile:     +1.903.593.0846

*Counsel for Defendant Google LLC*