# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Mobile Health Innovative Solutions, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**Google LLC,**<br><br>　　　　**Defendant.** | Case No. 2:24-cv-00437-JRG<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION FOR TIME TO RESPOND TO GOOGLE'S 12(B)6 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (DKT 14)

　　Plaintiff Mobile Health Innovative Solutions, LLC ("Plaintiff") here files this Unopposed Motion for Extension of Time to File its Response or Opposition to Defendant Google LLC's Motion to Dismiss for Failure to State a Claim, filed at Docket 14 on August 19, 2024.

　　Plaintiff's Response is currently due September 3, 2024.

　　Plaintiff has requested and Defendant does not oppose a 1-week extension of this deadline to September 10, 2024.  Defendants' Reply deadline would be extended until September 24, 2024.

　　A proposed order is included herewith.


Dated:  September 3, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Randall T. Garteiser*
　　　　　　　　　　　　　　　　　　　　　　Randall T. Garteiser
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com

　　　　　　　　　　　　　　　　　　　　　　**GARTEISER HONEA, PLLC**
　　　　　　　　　　　　　　　　　　　　　　119 W. Ferguson Street
　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 705-7420
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 405-3999

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel indicated its agreement with the relief requested herein.

/s/ Randall T. Garteiser
Randall T. Garteiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Randall T. Garteiser
Randall T. Garteiser