**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,<br><br>*Plaintiff,*<br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-cv-00437-JRG |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Mobile Health Innovative Solutions, LLC ("Plaintiff") and Defendant Google, LLC ("Defendant") (collectively, the "Parties"). (Dkt. No. 40.) In the Stipulation, the Parties stipulate to dismissing Plaintiff's claims against Defendant "that it raised or could have raised in this suit related to the patent-in-suit" with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 1.) The Parties also stipulate to dismissing Defendant's "defenses that it raised or could have raised in this suit" without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Court further **ACCEPTS AND ACKNOWLEDGES** that Defendant's defenses against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 26th day of February, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE